WINDSOR,
*February,*
1841.

Cummings &
Manning
*v.*
Fullam.

CUMMINGS & MANNING *v.* SEWALL FULLAM, JR.

*(Practice.)*

Decisions of the county court, upon questions resting in the discretion of that court, cannot be re-examined in this court, on exceptions.

THIS being an action of book account, the defendant filed sundry affidavits in the county court, with a view to induce that court to re-commit the case to the auditors for re-hearing, which that court refused to do. The case was then heard in that court on questions of law, arising on the report, and finally brought into this court upon exceptions to the decision of the county court. The defendant's counsel proposed to read the affidavits in this court, with a view to enable the court to re-examine the decision of the county court, in refusing to re-commit the case to the auditors.

BY THE COURT.—That question rested solely in the discretion of the county court, and their decision is not re-examinable in this court, sitting as we do as a court of error, merely, in all cases coming here upon exceptions.